## CITY OF PRESTONSBURG v. LAFERTY.

Court of Appeals of Kentucky.

(Decided May 8, 1934.)

WILL H. LAYNE for movant.
J. B. CLARK, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## DENHAM v. BLACK MOTOR COMPANY.

Court of Appeals of Kentucky.

(Decided May 15, 1934.)

JAMES SAMPSON for movant.
E. L. MORGAN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## HARP v. POOL.

Court of Appeals of Kentucky.

(Decided May 1, 1934.)

STRATTON & STEPHENSON for movant.
WILLIS STATON and W. W. BARRETT, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.